Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000846
08-MAR-2017
08:18 AM

NO. CAAP-16-0000846

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

DAVID RUDACILLE AND CAROL ZIMMERMAN, Plaintiffs-Appellees,
v.
SHARMAN O'SHEA, Defendant-Appellee,
and
WILLIAM GILROY, for Hawaii Food Forest Project,
Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3RC-16-1-473K)

ORDER DENYING THE MARCH 3, 2017 MOTION FOR RECONSIDERTION
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Motion Requesting Relief From Default and First Amended Notice of Appeal," filed March 3, 2017, by Defendant-Appellee Sharman G. O'Shea and Defendant-Appellant William Gilroy, both pro se, which the court construes as a motion for reconsideration of the February 23, 2017 "Order denying the February 13, 2017 Motion and Order Dismissing the Appeal" (February 23, 2017 Order), the papers in support, and the

record, it appears that the court did not overlook or misapprehend any point of law or fact when it entered the February 23, 2017 Order. See Hawai'i Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, March 8, 2017.

Presiding Judge

Associate Judge

Associate Judge